IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:05-CR-87 |
| | ) | JUDGE JORDAN |
| CHAS LIQUORI IVY | ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Chas Ivy, and the defendant admits that he has violated his supervised release. An agreement has been reached between the parties, recommending that Mr. Ivy's supervised release should be revoked and that he should receive a sentence of 18 months incarceration, with no supervised release to follow.

Mr. Ivy agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is II. The advisory guideline range is 6 to 12 months for a "Grade B" violation

Page 1 of 3

which the Court has carefully considered. There is a statutory maximum of 22 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a). The above-guideline sentence is in consideration for the lack of supervised release after incarceration.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of 18 months, with no supervised release to follow.

_____
Hon. Leon Jordan
United States District Judge


APPROVED FOR ENTRY:

_____ by permission for AUSA David Jennings
David Jennings
Assistant U.S. Attorney

_____
Laura E. Davis
Attorney for Defendant

_____
Chas Liquori Ivy
Defendant

_____ by permission for USPO Jennifer Fletcher
Jennifer Fletcher
U.S. Probation Officer